**Order entered May 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01425-CV

**ALBERT MORRIS AND TILDA MORRIS, ET AL., Appellants**

**V.**

**UNIFIED HOUSING FOUNDATION INC., ET AL., Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-15358**

## ORDER

We **DENY** appellants' May 7, 2014 "motion to compel turnover of property to court clerk for safe keeping" and appellants' May 8, 2014 "motion to sever appeals." Appellants shall file their brief on the merits no later than June 23, 2014.


/s/    ELIZABETH LANG-MIERS
        JUSTICE